958

No. 709. FRANK ADAM ELECTRIC CO. *v.* FEDERAL ELECTRIC PRODUCTS CORP. C. A. 8th Cir. Certiorari denied. *John H. Sutherland* for petitioner. *Edwin Levisohn* and *Joseph J. Gravely* for respondent.

No. 713. McINNIS, TRUSTEE, *v.* WEEKS ET AL. C. A. 6th Cir. Certiorari denied. *Jason L. Honigman* for petitioner. *Nelson S. Shapero* for respondents.

No. 714. RED TOP BREWING CO. *v.* MAZZOTTI ET AL. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* for petitioner. *Walter B. Hall* for respondents.

No. 421, Misc. RILEY *v.* DEPARTMENT OF THE AIR FORCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Benjamin Forman* for respondents.

No. 433, Misc. McKENNA *v.* HANN, WARDEN. Supreme Court of Nebraska. Certiorari denied.

No. 440, Misc. PICKWELL *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 441, Misc. BURNS *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *Tyrah Ernest Maholm* for petitioner.